**FILED**

09/28/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0397

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA 21-0397

Edward J. Guza
Lance F. Carl
Attorneys for Appellant
E.J. GUZA & ASSOCIATES
25 Apex Drive, Suite A
Bozeman, MT 59718
(406) 586-2228
eguza@ejguzalaw.com
lcarl@ejguzalaw.com

| | |
|---|---|
| TAMARA A. DOWNING, <br><br>     Appellant, <br> and <br><br> JOHN H. DOWNING, <br><br>     Appellee. | **GRANT OF EXTENSION** |

Having considered the Appellant's Motion for Extension of Time to File Appellant's Opening Brief and any Response and Reply filed, and good cause being found, the Court HEREBY ORDERS: that the deadline for Appellant to file his opening brief be extended 30 days from Thursday, September 30, 2021.

   ORDERED this ___ day of _____ 2021.

cc:   Katharine Donnelly

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 28 2021